UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANITO DECARVALHO,

               Petitioner,

       -against-

PAUL ARTERA, MARKWAYNE MULLIN,
TODD LYONS, and TODD BLANCHE.

             Respondents.

26 Civ. 4555

ORDER

Paul G. Gardephe, United States District Judge:

Petitioner has filed a petition for a writ of *habeas corpus* under 28 U.S.C. § 2241.

To preserve the Court's jurisdiction pending a ruling on the petition, Petitioner shall not be removed from the United States. *See, e.g.*, *Khalil v. Joyce*, No. 25-CV-1935 (JMF), 2025 WL 750599, at *1 (S.D.N.Y. Mar. 10, 2025) (citing cases); *see also, e.g.*, *Du v. United States Dep't of Homeland Sec.*, No. 25-CV-0644 (OAW), 2025 WL 1317944, at *1 (D. Conn. Apr. 24, 2025) ("[A] a federal court may temporarily enjoin immigration authorities from deporting individuals if it preserves the court's jurisdiction over a case or cases."). Moreover, to preserve counsel's access to Petitioner and facilitate resolution of the Petition, Respondents shall not transfer Petitioner except to a facility within this District absent further order of this Court. *See, e.g.*, *Perez y Perez v. Noem*, No. 25-CV-4828 (DEH), 2025 WL 1908284, at *2-3 (S.D.N.Y. June 13, 2025) (enjoining a *habeas* petitioner's transfer pending adjudication of his petition); *see also, e.g.*, *Arostegui-Maldonado v. Baltazar*, No. 25-CV-2205-WJM-STV, 2025 WL 2280357, at *14-16 (D. Colo. Aug. 8, 2025) (same); *Oliveros v. Kaiser*, No. 25-CV-7117-BLF, 2025 WL 2677125, at *8-9, *11 (N.D. Cal. Sept. 18, 2025) (same).

The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's

Office for the Southern District of New York of this Order.

Dated: New York, New York
       May 30, 2026

SO ORDERED.

Paul G. Gardephe
United States District Judge
Part I

2