USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/17/2026

MEMO ENDORSED

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

June 15, 2026

By ECF

The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *DeCarvalho v. Arteta*, No. 26-cv-4555 (ALC)

Dear Judge Carter:

This Office represents the government in this habeas corpus action. On June 11, 2026, the Court issued an order directing the government to file a response to the habeas petition by June 16, and the Court set a hearing for June 22; the order did not provide for a reply by Petitioner. ECF No. 6. On behalf of the parties, I write respectfully to request that the Court modify the briefing schedule, such that the government's response to the petition would be due by June 18, and Petitioner's reply would be due by June 25, and that the Court schedule a hearing for a date convenient to the Court after briefing concludes. This is the first request for an extension of any deadline in this case, and, as noted, it is a joint request.

We thank the Court for its consideration of this request.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By:   __/s/ Brandon M. Waterman___
BRANDON M. WATERMAN
Assistant United States Attorney
Telephone: (212) 637-2743
E-mail: brandon.waterman@usdoj.gov

cc: Counsel of Record (by ECF)

The parties' request is GRANTED. Respondent's reply to the Petition is due June 18, 2026. Petitioner's reply, if any, is due June 25.

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

June 17, 2026