**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------- x

JANITO DECARVALHO

                       **Petitioner,**

        **-against-**

PAUL ARTERA, *et al.*,

                     **Respondents.**

-------------------------------------------------------- x

        **1:26-cv-4555-ALC**

        <u>**ORDER**</u>

**ANDREW L. CARTER, JR., District Judge:**

      In light of the amended briefing schedule, the hearing scheduled for June 22, 2026, is

ADJOURNED without a date.

**SO ORDERED.**

**Dated:**      **June 22, 2026**
               **New York, New York**

                          **ANDREW L. CARTER, JR.**
                          **United States District Judge**