**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------- x

JANITO DECARVALHO

                          **Petitioner,**

             **-against-**

PAUL ARTERA, *et al.*,

                 **Respondents.**

-------------------------------------------------------- x

                  **1:26-cv-4555-ALC**

                  **ORDER**

**ANDREW L. CARTER, JR., District Judge:**

The Court schedules a hearing for July 15, 2026, at 3:00p.m. All parties shall appear and should contact the Court at 1-855*244*8681 (access code: 2305 370 0226#).

**SO ORDERED.**

**Dated:**       **July 1, 2026**
             **New York, New York**            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**