**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------- x
                                                         :
JANITO DECARVALHO                                        :
                                                         :
                                    Petitioner,          :
                                                         :
                   -against-                             :           1:26-cv-4555-ALC
                                                         :
PAUL ARTERA, *et al.*,                                   :           __ORDER__
                                                         :
                                    Respondents.         :
                                                         :
-------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

Since the parties submitted their briefing, two Opinions relevant to these proceedings have been issued: *Luciano-Jimenez v. Catletti*, 2026 U.S. Dist. LEXIS 141822 (S.D.N.Y. 2026) and *J.R.U. v. Genalo*, 2026 U.S. Dist. LEXIS 145376 (S.D.N.Y. 2026). The parties may submit letter briefs, of no longer than three pages, regarding how the holdings in those cases relate to the questions before the Court.

The status conference previously scheduled for July 15, 2026, is **ADJOURNED** to **July 24, 2026, at 3:00 p.m**. All parties shall appear and should contact the Court at 1-855*244*8681 (access code: 2305 370 0226#).

**SO ORDERED.**

Dated:       **July 15, 2026**
             **New York, New York**            _____
                                               **ANDREW L. CARTER, JR.**
                                               **United States District Judge**