**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**JANITO DECARVALHO**

**Petitioner,**

**-against-**

**PAUL ARTERA, *et al*.,**

**Respondents.**

---

**1:26-cv-4555-ALC**

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

At the hearing on July 24, 2026, the Court held that Petitioner was entitled to a "changed circumstances" hearing after being re-detained. *See Panosyn v. Mayorkas*, 854 Fed. Appx. 787, 788 (9th Cir. 2021) ("Thus, absent changed circumstances…ICE cannot redetain [Petitioner]") (citing *Matter of Sugay*, 17 I. & N. Dec. 637, 640 (BIA 1981)). The Court stated that it would allow briefing on the following questions: (1) the point at which Petitioner must be provided with a changed circumstances hearing after re-detention; and (2) the Government's burden at such a hearing. The parties may submit letter briefs, of no longer than three pages, regarding their positions on these questions. Petitioner's brief is due Friday, July 31, 2026. Respondent's response is due Wednesday, August 5, 2026.

The Court schedules a hearing on **August 7, 2026, at 3:00 p.m**. All parties shall appear and should contact the Court at 1-855*244*8681 (access code: 2305 370 0226#).

**SO ORDERED.**

**Dated:** **July 27, 2026**
**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**