**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------- x

JANITO DECARVALHO

                               **Petitioner,**

           **-against-**

PAUL ARTERA, *et al.*,

                             **Respondents.**

-------------------------------------------------------- x

                **1:26-cv-4555-ALC**

                **<u>ORDER</u>**

**ANDREW L. CARTER, JR., District Judge:**

The hearing previously scheduled for August 7, 2026, at 3:00pm is ADJOURNED to August 13, 20206, at 3:00pm. All parties shall appear and should contact the Court at 1-855*244*8681 (access code: 2305 370 0226#).

**SO ORDERED.**

**Dated:**      **August 4, 2026**
               **New York, New York**                      **ANDREW L. CARTER, JR.**
                                                   **United States District Judge**