**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **JANITO DECARVALHO**<br><br>**Petitioner,**<br><br>**-against-**<br><br>**PAUL ARTERA, *et al*.,**<br><br>**Respondents.** | **1:26-cv-4555-ALC**<br><br>**ORDER** |

**ANDREW L. CARTER, JR., District Judge:**

For the reasons stated at the hearings on July 24 and August 13, 2026, the Court holds that in this circumstance Petitioner is entitled to a hearing at which the Government will hold the burden and will be required to establish by clear and convincing evidence that there that the circumstances of the initial bond issuance have changed. Courts have imposed a burden "clear and convincing evidence" on the Government when ordering individualized bond hearings to bring confinement in compliance with the due process clause. *See, e.g., Black v. Decker*, 103 F.4th 133, 155 (2d Cir. 2024).

Accordingly, Respondents are **ORDERED** to provide Petitioner with the hearing by September 14, 2025.

Respondents are further **ORDERED** to file a letter by September 15, 2026, certifying that the hearing occurred.

**SO ORDERED.**

**Dated:** **September 8, 2026**
**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**