**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x

**JANITO DECARVALHO**

**Petitioner,**

**-against-**

**PAUL ARTERA, *et al*.,**

**Respondents.**

---------------------------------------------------------- x

**1:26-cv-4555-ALC**

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

Respondents' Request for an Extension, ECF No. 38, is **GRANTED**, *pro nunc tunc*. Petitioner shall file a reply, if any, by **October 12, 2026**.

The parties' open requests at ECF No. 22, 26, 27, and 31 were previously granted. The Clerk of Court is respectfully directed to terminate ECF Nos. 22, 26, 27, 31, and 38.

**SO ORDERED.**

**Dated:** **October 7, 2026**
**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**