**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **JANITO DECARVALHO**<br><br>**Petitioner,**<br><br>**-against-**<br><br>**PAUL ARTERA, *et al*.,**<br><br>**Respondents.** | **1:26-cv-4555-ALC**<br><br>**ORDER** |

**ANDREW L. CARTER, JR., District Judge:**

The Court schedules a hearing for November 4, 2026, at 4:15 p.m. All parties shall appear and should contact the Court at 1-855*244*8681 (access code: 2305 370 0226#).

**SO ORDERED.**

**Dated:** **October 23, 2026**
**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**