**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x

**JANITO DECARVALHO**

**Petitioner,**

**-against-**

**PAUL ARTERA, *et al.*,**

**Respondents.**

---------------------------------------------------------- x

**1:26-cv-4555-ALC**

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

The Court schedules a hearing for November 10, 2026, at 11 a.m. All parties shall appear and should contact the Court at 1-855*244*8681 (access code: 2305 370 0226#).

**SO ORDERED.**

**Dated:** **November 9, 2026**
**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**