**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x

**JANITO DECARVALHO**

**Petitioner,**

**-against-**

**PAUL ARTERA, *et al*.,**

**Respondents.**

---------------------------------------------------------- x

**1:26-cv-4555-ALC**

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

For the reasons stated on the record at the hearing held November 10, 2026, Petitioner's Motion to Enforce is **DENIED**. Accordingly, this case is terminated. The Clerk of Court is respectfully requested to close the case.

**SO ORDERED.**

**Dated:** **November 12, 2026**
**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**