UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANITO DECARVALHO.,

Petitioner,

-against-

PAUL ARTERA, ET AL.,

Respondents.

26 CIVIL 04555 (ALC)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Order dated November 12, 2026, Petitioner's Motion to Enforce is DENIED. Accordingly, this case is terminated.

**Dated:** New York, New York
November 16, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:**

**Deputy Clerk**